**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 48 WAL 2024

          Respondent            :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

          v.                    :

GERALD DIXON,                  :

          Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.